SUNNY DAVIS ET AL. V. THE STATE.

No. 5954.   Decided December 16, 1920.

Scire Facias—Forfeited Bail Bond—Briefs—Practice on Appeal—Rule Stated.

The rule has been laid down uniformly that appeals from judgments on forfeited bail bonds will be dismissed, where no briefs as required by the rules of the courts, and the Code of Criminal Proceedure are filed with the record of the case in the court below, or this court.  Following Heiman v. State, 70 Texas Crim. Rep., 480, and other cases.

Appeal from the District Court of Lamar.  Tried below before the Honorable Ben H. Denton.

Appeal from a fine of forfeited bail bond from a judgment of $1000. The opinion states the case.

No brief on file for appellant.

*Alvin M. Owsley,* Assistant Attorney General, for the State.

DAVIDSON, PRESIDING JUDGE.—This appeal is from a forfeited bond judgment.  The record is before us without briefs being filed either in this court or in the trial court as required by law.  The rule has been laid down uniformly that appeals from judgments on forfeited bail bonds will be dismissed where no briefs, as required by Rule No. 102 of the district and county courts, and Rule 29 of the Civil Courts of Appeals, have been filed in the court below nor in the Court of Criminal Appeals.  Frost v. State, 57 S. W. Rep., 669; Heiman v. State, 70 Texas Crim. Rep., 480; Thetford v. State, 169 S. W. Rep., 1152.  Statement of facts and briefs for appeal are governed by the same rules that apply to civil cases.  Emmons v. State, 34 Texas Crim. Rep., 98; Blain v. State, 34 Texas Crim. Rep., 417; Jay v. State, 34 Texas Crim. Rep., 98; Morse v. State; 39 Texas Crim. Rep., 566.  This is also covered by Articles 497 and 962 of the Code of Criminal Procedure.  Article 962 reads as follows: "In the cases provided for in the two preceding articles, the proceedings shall be regulated by the same rules that govern the other civil actions where an appeal is taken or a writ of error issued out."  To the same effect is Art. 497.

There being no brief in the case and nothing to show that a brief has been filed in the trial court as required by law, the judgment will be dismissed for want of jurisdiction in this court.

*Dismissed.*